UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHERYL PUETT,

                    Plaintiff,

            vs.                                           NO.  C07-577RSL

MENU FOODS,                                               ORDER REMOVING CASE FROM
                                                          ACTIVE CASELOAD
                    Defendant.

        This Court having stayed the above-entitled action pending the MDL panel's determination

whether all actions, including this action should be transferred and coordinated and/or consolidated under

28 U.S.C. § 1407 for pretrial proceedings;

        It is HEREBY ORDERED that this action shall be removed from this Court's active caseload

until further application by the parties or order of this Court.  This Court retains full jurisdiction and this

Order shall not prejudice any party in this action.


        DATED this 8th day of May, 2007.



                                                          _____
                                                          Robert S. Lasnik
                                                          United States District Judge

ORDER -1

Dockets.Justia.com